■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CATHIE A. HENN, Appellant. [706 NYS2d 922] —Judgment unanimously affirmed (see, People v Hidalgo, 91 NY2d 733). (Appeal from Judgment of Niagara County Court, Fricano, J.— Vehicular Manslaughter, 2nd Degree.) Present—Pigott, Jr., P. J., Green, Pine, Hayes and Hurlbutt, JJ.